# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD W. COREY, et al.,<br><br>Defendants. | Case No.  1:13-cv-01998-LJO-SAB<br><br>ORDER GRANTING PRO HAC VICE APPLICATIONS<br><br>ECF NO. 6, 7, 8, 9 |

The Court has read and considered the applications of David A. Cohen, Daniel E. Cohen, Paul D. Cullen, Sr., and Paul D. Cullen, Jr. for admission to practice pro hac vice under the provisions of Local Rule 180(b)(2).  Having reviewed the applications, David A. Cohen, Daniel E. Cohen, Paul D. Cullen, Sr., and Paul D. Cullen, Jr.'s applications for admission to practice pro hac vice are HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **December 20, 2013**

UNITED STATES MAGISTRATE JUDGE

1