1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  RANDY L. BARROW, State Bar No. 111290
   Supervising Deputy Attorney General
3  NICHOLAS STERN, State Bar No. 148308
   COURTNEY S. COVINGTON, State Bar No. 259723
4  LINDA GÁNDARA, State Bar No. 194667
   Deputy Attorneys General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 445-4853
7    Fax: (916) 327-2319
     E-mail: Linda.Gandara@doj.ca.gov
8  *Attorneys for Defendants Richard W. Corey in his
   official and personal capacity as Executive Officer
9  of the California Air Resources Board, Mary D.
   Nichols in her official and personal capacity as
10 Chairman of the California Air Resources Board,
   and Matt Rodriquez in his official capacity as
11 Secretary of the California Environmental
   Protection Agency*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN, BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER, and RUSSELL A. SHORT,**<br><br>Plaintiffs,<br><br>v.<br><br>**RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; MARY D. NICHOLS in her official and personal capacity as Chairman of the California Air Resources Board; MATT RODRIGUEZ in his official capacity as Secretary of the California Environmental Protection Agency,**<br><br>Defendants. | 1:13-CV-01998-LJO-SAB<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:        The Honorable Lawrence J. O'Neill<br>Trial Date:    None Set<br>Action Filed: December 6, 2013 |

1

Plaintiffs OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN, BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER, and RUSSELL A. SHORT, and defendants RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board, MARY D. NICHOLS in her official and personal capacity as Chairman of the California Air Resources Board, and MATT RODRIQUEZ in his official capacity as Secretary of the California Environmental Protection Agency (collectively Defendants), by and through their counsel, hereby stipulate as follows:

The Complaint for Declaratory and Injunctive Relief in this action was served on Defendants on December 9, 2013.  Pursuant to Eastern District Local Rule 144(a), the parties stipulate that the time for Defendants to respond to this complaint is extended by 20 days, up to and including January 21, 2014.

Dated:  December 30, 2013

KAMALA D. HARRIS
Attorney General of California
RANDY L. BARROW
Supervising Deputy Attorney General


/s/ Linda Gándara
LINDA GÁNDARA
Deputy Attorney General
*Attorneys for Defendants Richard W. Corey in his official and personal capacity as Executive Officer of the California Air Resources Board, Mary D. Nichols in her official and personal capacity as Chairman of the California Air Resources Board, and Matt Rodriquez in his official capacity as Secretary of the California Environmental Protection Agency*

| | | |
|---|---|---|
| 1 | Dated:  December 30, 2013 | LAW OFFICES OF BRIAN C. LEIGHTON |
| 2 | s | |
| 3 | | /s/ Brian C. Leighton |
| | | BRIAN C. LEIGHTON |
| 4 | | *Attorney for Owner-Operator Independent Drivers Association, Inc., Dale L. Curtice, Jr. d/b/a Curtice Trucking, Inc., Nelson Greenwade, Sr. d/b/a Dream Team Express Llc, Lance Henning d/b/a Lance Henning Trucking, Leo T. Jolin, Barry Vun Cannon d/b/a Naco Llc, Johnny West, Richard M. Hunter, and Russell A. Short* |

SA2013311515
31862832.doc

Stipulation Extending Time for Defendants to Respond to Complaint (1:13-CV-01998-LJO-SAB)