KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
RANDY L. BARROW, State Bar No. 111290
Supervising Deputy Attorney General
NICHOLAS STERN, State Bar No. 148308
COURTNEY S. COVINGTON, State Bar No. 259723
LINDA GÁNDARA, State Bar No. 194667
Deputy Attorneys General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone: (916) 445-4853
    Fax: (916) 327-2319
    E-mail: Linda.Gandara@doj.ca.gov
*Attorneys for Defendants Richard W. Corey in his official and personal capacity as Executive Officer of the California Air Resources Board, Mary D. Nichols in her official and personal capacity as Chairman of the California Air Resources Board, and Matt Rodriquez in his official capacity as Secretary of the California Environmental Protection Agency*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN, BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER, and RUSSELL A. SHORT,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; MARY D. NICHOLS in her official and personal capacity as Chairman of the California Air Resources Board; MATT RODRIGUEZ in his official capacity as Secretary of the California Environmental Protection Agency,<br><br>Defendants. | 1:13-CV-01998-LJO-SAB<br><br>**STIPULATION AND [Proposed] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge:         The Honorable Lawrence J. O'Neill<br>Trial Date:    None Set<br>Action Filed:  December 6, 2013 |
|---|---|

1

Stipulation and [Proposed] Order Extending Time for Defendants to Respond to Complaint (1:13-CV-01998-LJO-SAB)

Plaintiffs OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., DALE L. CURTICE, JR. d/b/a CURTICE TRUCKING, INC., NELSON GREENWADE, SR. d/b/a DREAM TEAM EXPRESS LLC, LANCE HENNING d/b/a LANCE HENNING TRUCKING, LEO T. JOLIN, BARRY VUN CANNON d/b/a NACO LLC, JOHNNY WEST, RICHARD M. HUNTER, and RUSSELL A. SHORT, and defendants RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board, MARY D. NICHOLS in her official and personal capacity as Chairman of the California Air Resources Board, and MATT RODRIQUEZ in his official capacity as Secretary of the California Environmental Protection Agency (collectively Defendants), by and through their counsel, enter into this stipulation based on the following facts:

1. On December 6, 2013, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief in this action. The Complaint was served on Defendants on December 9, 2013.

2. Plaintiffs granted Defendants a twenty-day extension of time to respond to Plaintiffs' Complaint. The parties filed their Stipulation Extending Time for Defendants to respond to Complaint on December 30, 2013.

3. The parties have been discussing the possibility of entering into a stipulation that would affect the Defendants' response in this matter.

4. Plaintiffs agree that Defendants' time to respond to Plaintiffs Complaint be extended by seven days, to and including January 27, 2014, to enable the parties to determine whether a stipulation can be reached, and provide Defendants with sufficient time to answer or otherwise respond to Plaintiffs' Complaint.

**STIPULATION**

THEREFORE, the parties to this action, through their respective attorneys, stipulate:

1. Defendants' time to respond to this Complaint is extended by an additional seven days, to and including January 27, 2014, for a total extension time of twenty-eight days.

| | |
|---|---|
| Dated: January 13, 2014 | KAMALA D. HARRIS<br>Attorney General of California<br>RANDY L. BARROW<br>Supervising Deputy Attorney General |
| | |
| | /s/ Nicholas Stern<br>NICHOLAS STERN<br>Deputy Attorney General<br>*Attorneys for Defendants Richard W. Corey in his official and personal capacity as Executive Officer of the California Air Resources Board, Mary D. Nichols in her official and personal capacity as Chairman of the California Air Resources Board, and Matt Rodriquez in his official capacity as Secretary of the California Environmental Protection Agency* |
| Dated: January 13, 2014<br>s | LAW OFFICES OF BRIAN C. LEIGHTON |
| | /s/ BRIAN C. LEIGHTON<br>BRIAN C. LEIGHTON<br>*Attorney for Owner-Operator Independent Drivers Association, Inc., Dale L. Curtice, Jr. d/b/a Curtice Trucking, Inc., Nelson Greenwade, Sr. d/b/a Dream Team Express LLC, Lance Henning d/b/a Lance Henning Trucking, Leo T. Jolin, Barry Vun Cannon d/b/a Naco LLC, Johnny West, Richard M. Hunter, and Russell A. Short* |

## ORDER

Based on the foregoing Stipulation, IT IS ORDERED that:

Defendants time to answer or otherwise respond to Plaitniffs' Complaint for Declaratory and Injunctive Relief is extended to January 27, 2014.

IT IS SO ORDERED.

Dated: _____          _____
                                  Hon. Lawrence J. O'Neill
                                  United States District Judge

SA2013311515
Stipulation and Proposed Order Extending Time to Respond to Complaint.doc