1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  RANDY L. BARROW, State Bar No. 111290
   Supervising Deputy Attorney General
3  NICHOLAS STERN, State Bar No. 148308
   COURTNEY S. COVINGTON, State Bar No. 259723
4  LINDA GANDARA, State Bar No. 194667
   Deputy Attorneys General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 445-4853
7    Fax: (916) 327-2319
     E-mail: Linda.Gandara@doj.ca.gov
8  *Attorneys for Defendants*

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  **OWNER-OPERATOR INDEPENDENT**          1:13-CV-01998-LJO-SAB
    **DRIVERS ASSOCIATION, INC., DALE L.**
15  **CURTICE, JR. d/b/a CURTICE**
    **TRUCKING, INC., NELSON**
16  **GREENWADE, SR. d/b/a DREAM TEAM**      **NOTICE OF RELATED CASE**
    **EXPRESS LLC, LANCE HENNING d/b/a**
17  **LANCE HENNING TRUCKING, LEO T.**
    **JOLIN, BARRY VUN CANNON d/b/a**        Judge:      The Honorable Lawrence J.
18  **NACO LLC, JOHNNY WEST, RICHARD**                   O'Neill
    **M. HUNTER, and RUSSELL A. SHORT,**     Trial Date:  None Set
19                                           Action Filed: December 6, 2013
                          Plaintiffs,
20
            v.
21
22  **RICHARD W. COREY in his official and**
    **personal capacity as Executive Officer of the**
23  **California Air Resources Board; MARY D.**
    **NICHOLS in her official and personal**
24  **capacity as Chairman of the California Air**
    **Resources Board; MATT RODRIGUEZ in**
25  **his official capacity as Secretary of the**
    **California Environmental Protection**
26  **Agency,**

27                          Defendants.

28

1    **TO THE COURT AND ALL RESPECTIVE PARTIES**:

2    Pursuant to Rule 123 of the Local Rules of this Court, counsel for Defendant California Air

3    Resources Board ("CARB") hereby submits this Notice of Related Case regarding the above-

4    captioned action and another pending action entitled *California Dump Truck Owners Association*

5    *v. Nichols,* Case No. 2:11-cv-00384-MCE-GGH.

6    These two actions involve a common defendant, CARB, and both raise challenges to the

7    same administrative regulation, CARB's Truck and Bus Regulation for reduction of pollutants

8    from heavy duty diesel vehicles. Cal. Code Regs. tit. 13, § 2025. The Truck and Bus Regulation

9    at issue in both cases requires heavy duty engines to be installed with retrofits and upgrades

10   designed to reduce emissions of particulate matter and oxides of nitrogen (NOx) according to a

11   compliance schedule based on the age of the engine. Cal. Code Regs. tit. 13, § 2025. The

12   plaintiffs in both cases include trade associations representing members of the commercial

13   trucking industry, and in both cases, plaintiffs challenge the validity of the Truck and Bus

14   Regulation. Accordingly, the two actions involve a common party, "are based on the same or

15   similar claim," and involve the same "transaction, or event." L.R. 123(a)(1), (2).

16   Additionally, both cases involve jurisdictional questions arising out of the United States

17   Environmental Protection Agency's (EPA) decision approving the Truck and Bus Regulation,

18   which was incorporated into California's State Implementation Plan under the Clean Air Act.

19   CARB and intervenors in the *Dump Truck* action contended that because the EPA had approved

20   the Truck and Bus Regulation as part of the State Implementation Plan, any challenge to the

21   Truck and Bus Regulation must be made pursuant to specific Clean Air Act provisions for

22   judicial review of final actions of the EPA Administrator. *California Dump Truck Owners*

23   *Association v. Nichols*, 924 F.Supp.2d 1126, 1136-37 (E.D. Cal. 2012), *appeal docketed*, No. 13-

24   15175 (9th Cir. Jan. 28, 2013). Under the Clean Air Act, a petition for review of a final action of

25   the Administrator may be filed only in the Court of Appeals for the appropriate circuit. 42 U.S.C.

26   § 7607(b)(1). The court received supplemental briefing on this issue, and engaged in a detailed

27   analysis of whether it had jurisdiction to hear the plaintiff's challenge to the Truck and Bus

28   Regulation because the suit had been brought directly in federal district court and not in

1

1  accordance with the requirements of the Clean Air Act. *Dump Truck,* 924 F.Supp.2d at 1136-44.

2  The court ultimately ordered the *Dump Truck* action dismissed on December 19, 2012. *Dump*

3  *Truck,* 924 F.Supp.2d at 1150. The plaintiff appealed this order and the matter has now been

4  fully briefed before the Ninth Circuit Court of Appeals.

5      The instant action also involves a challenge to the Truck and Bus Regulation, and thus

6  implicates the same jurisdictional issues arising out of the EPA's approval of the Regulation as

7  part of the State Implementation Plan. As such, the two cases raise "similar questions of fact and

8  the same question of law…" L.R. 123(a)(3).

9      Given the commonality of parties and issues, and because both actions involve challenges

10  to the same regulation, assignment of these two cases to the same Judge would avoid substantial

11  duplication of labor and expense of judicial resources. L.R. 123(a). The Judge who ruled in the

12  *Dump Truck* case has already extensively analyzed the legal and factual issues related to the

13  Truck and Bus Regulation, as well as the complex procedural and administrative questions arising

14  out of the EPA's role in approving the State Implementation Plan. For these reasons, assignment

15  of this action to the Judge in the *Dump Truck* case would effect a substantial savings of judicial

16  effort.

17

18  Dated: January 16, 2014                    Respectfully Submitted,

19                                             KAMALA D. HARRIS
                                               Attorney General of California
20                                             RANDY L. BARROW
                                               Supervising Deputy Attorney General
21

22

23                                             */s/ Courtney S. Covington*
                                               COURTNEY S. COVINGTON
24                                             Deputy Attorney General
                                               *Attorneys for Defendants*
25

26  SA2013311515

27

28

2

# CERTIFICATE OF SERVICE

Case Name: **OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., et al. v. RICHARD W. COREY in his official and personal capacity as Executive Officer of the California Air Resources Board; et al.**          No.    **1:13-CV-01998-LJO-SAB**

I hereby certify that on January 16, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF RELATED CASE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 16, 2014, at Sacramento, California.

| | |
|---|---|
| Courtney S. Covington | */s/ COURTNEY S. COVINGTON* |
| Declarant | Signature |

Certificate of Service (1:13-CV-01998-LJO-SAB)